In re OMEPRAZOLE PATENT LITIGATION.

Astrazeneca AB, Aktiebolaget Hassle, KBI–E, Inc., KBI, Inc., and Astrazeneca LP, Plaintiffs–Appellees,

v.

Mylan Laboratories Inc. (now known as Mylan Inc.), Mylan Pharmaceuticals Inc., Laboratorios Dr. Esteve, S.A. and Esteve Quimica, S.A., Defendants–Appellants.

No. 2010–1414.

United States Court of Appeals, Federal Circuit.

March 8, 2011.

Errol B. Taylor, Milbank, Tweed, Hadley & McCloy LLP, of New York, NY, argued for plaintiffs-appellees. With him on the brief were Fredrick M. Zullow, John M. Griem, Jr., and Christopher J. Gaspar.

James H. Wallace, Jr., Wiley Rein, LLP, of Washington, DC, argued for defendants-appellants. With him on the brief were Mark A. Pacella and Brian H. Pandya.

Before RADER, Chief Judge, MOORE and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.